# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>C/O J. RAUGHT, et al.,<br><br>    Defendants. | NO. CV 07-3836 VBF (FMO)<br><br>**ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has conducted a de novo review of the Second Amended Complaint, all of the records herein, and the Report and Recommendation of the United States Magistrate Judge. No Objections have been filed to the Report and Recommendation. The Court approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, IT IS ORDERED THAT:

1. Judgment shall be entered dismissing plaintiff's claims against defendant Pemberton with prejudice and his claims against defendant Raught without prejudice.

2. The Clerk shall serve copies of this Order and the Judgment on all parties.

DATED: August 31, 2010.

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE