# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>C/O J. RAUGHT, et al.,<br><br>    Defendants. | NO. CV 07-3836 VBF (FMO)<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that plaintiff's claims against defendant Pemberton are dismissed with prejudice. IT IS FURTHER ADJUDGED that plaintiff's claims against defendant Raught are dismissed without prejudice.

DATED: August 31, 2010.

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE